**Order filed July 15, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00114-CR
_____

## EX PARTE NADIA IRSAN

**On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1710579**

## ORDER

Appellant is represented by counsel, Mark W. Bennett. Appellant's brief was originally due April 12, 2021. We granted two extensions of time to file appellant's brief until July 12, 2021. When we granted the second extension, we noted that no further extensions would be granted absent exceptional circumstances.

No brief was filed. Accordingly, we order **Mark W. Bennett** to file a brief with the clerk of this court on or before **August 4, 2021**. If he does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.